**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Milton Alphonso SPENCER,**
**Defendant–Appellant.**

**No. 13–10077**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2013.

Susan Hollis Rothstein–Youakim, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Frank Merrill Talbot, II, U.S.

Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Susan Good Yagzi, Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Milton Alphonso Spencer, FCI Tallahassee, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Susan Good Yagzi, appointed counsel for Milton Alphonso Spencer in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Spencer's supervised release and his sentence are **AFFIRMED.**